## STATE OF CONNECTICUT *v.* JOHN BENJAMIN BURTON
### (15078)

O'Connell, Lavery and Spear, Js.

Argued November 12—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## THOMAS G. KUCEJ *v.* LAURA H. DELGRANDE
### (15709)

Dupont, C. J., and O'Connell and Heiman, Js.

Submitted on briefs November 13—officially released December 3, 1996

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* MICHAEL RODRIGUEZ
### (14997)

Dupont, C. J., and Landau and Spear, Js.

Argued November 13—officially released December 3, 1996

Per Curiam. The judgment is affirmed.